AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| EARLE M<sup>c</sup>GINNIS, SR  ) | |

EARLE M<sup>c</sup>GINNIS, SR )
_Plaintiff/Petitioner_ )
v. )   Civil Action No.
HIGHGRAIN BREWING CO, LLC )
_Defendant/Respondent_ )

**1 : 26 C V 307**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I AM CURRENTLY UN EMPLOYED

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 900 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

MY WIFE HAS 1 CAR BUT I CURRENTLY DO NOT HAVE A VEHICLE.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

RENT $2200 A MONTH          LOANS - $1300 A MONTH
UTILITES ABOUT $400 A MONTH   MEDICAL - $150 A MONTH
INSURANCE $100 A MONTH       CC - $100 A MONTH
PHONES $160 A MONTH          FOOD - $1200+ A MONTH

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

BOTH MY SONS ARE DEPENDENT ON ME
- YOHANCE MCGINNIS
- EARLE MCGINNIS JR.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

- 3,000 UC MEDICAL
- 60,000 - SOFI
- 7000 - SOFI
- 20,000 - STUDENT LOANS

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 3-25-26

_____
*Applicant's signature*

EARLE MCGINNIS SR
*Printed name*

I AM CURRENTLY IN SCHOOL & MY WIFE IS HELPING ME STAY AFLOAT RIGHT NOW. I DON'T HAVE ANY MONEY OR ASSETS AT THIS MOMENT,
^SIGNIFICANT